FILE COPY



SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES

CHRISTOPHER A. PRINE
 CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District
**301 Fannin Street**
**Houston, Texas 77002-2066**

January 21, 2015

Benny Joseph Walker
#01877490 TDCJ
Allred Unit
2110 F.M. 369 North
Iowa Park, TX 76367

Forrest L. Sanderson III
807 Pecan St
Bastrop, TX 78602
* DELIVERED VIA E-MAIL *

RE:  **Court of Appeals Number:** 01-13-00739-CR, 01-13-00740-CR, 01-13-00741-CR
      01-13-00742-CR
    **Trial Court Case Number:** 16407, 16408, 16409, 16410

**Style:** Benny Joseph Walker v. The State of Texas

This is to acknowledge your communication received January 16, 2016, with reference to your direct appeal. Please be advised that the current status of your appeal is:

1.  Has been filed but has not yet been decided.

2.  This Court has no jurisdiction to compel the trial court to provide you with free copies of any of your trial court records. This Court does not provide free copies of any documents without prepayment of costs.

3.  Appellant's counsel shall represent the appellant until "appeals are exhausted, or the attorney is relieved of his duties by the court." TEX. CODE CRIM. P. art. 26.04(j)(2). Our mandate has not issued. Accordingly, appellant is still represented by court appointed counsel on appeal. Appellant is not entitled to "hybrid representation." *See, e.g., Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). Pro se motions/correspondence filed by appellant will be forwarded to the attorney of record. Appellant's counsel is ordered, to the extent he may not have already done so, to satisfy his certification obligation pursuant to TEX. R. APP. P. 48.4.

Very truly yours,

Christopher A. Prine
Clerk of the Court

cc:    Julie Renken (DELIVERED VIA E-MAIL)